UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re RICK JACKSON,

    Plaintiff.

Case No. 13-cv-04527-JST (PR)

**ORDER OF DISMISSAL**

In a notice dated October 1, 2013, the Clerk of the Court directed Plaintiff to complete a civil rights complaint form and an in forma pauperis (IFP) application, and told him that he must complete these documents within twenty-eight days or his action would be dismissed. The Clerk sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

More than twenty-eight days have passed, and Plaintiff has not filed the necessary documents or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 18, 2013

_____
JON S. TIGAR
United States District Judge